Richard E. Donahoo, State Bar No. 186957
Sarah L. Kokonas, State Bar No. 262875
R. Chase Donahoo, State Bar No. 322191
**DONAHOO & ASSOCIATES**
440 West First Street, Suite 101
Tustin, CA 92780
Telephone: (714) 953-1010
Facsimile: (714) 953-1777
Email: rdonahoo@donahoo.com
skokonas@donahoo.com
cdonahoo@donahoo.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD GIBSON,<br><br>Petitioner,<br><br>v.<br><br>NABORS COMPLETION & PRODUCTION SERVICES CO., a Delaware corporation, now known as C&J Well Services, Inc.,<br><br>Respondent. | Case No.: 2:21-cv-08450 DDP(JPRx)<br><br>District Judge: Dean D. Pregerson<br>Magistrate Judge: Jean P. Rosenbluth<br><br>**JUDGMENT** |

WHEREAS, on April 2, 2015 two former employees of Respondent NABORS COMPLETION & PRODUCTION SERVICES CO n/k/a C&J WELL SERVICES, INC. ("NABORS"), Brandyn Ridgeway ("Ridgeway") and Tim Smith ("Smith"), filed a putative class action alleging, among other things, claims under Labor Code §1194(a) and 1771 for failure to pay the minimum prevailing wage and overtime, under Labor Code §226(e) for failure to provide accurate itemized wage statements under Labor Code

§226(a), and for related interest and penalties, as well as attorneys' fees and costs, (CACD Case No. 2:15−cv−03436−DDP−VBKx; "Ridgeway class action");

WHEREAS, on June 29, 2015 NABORS brought a motion to compel arbitration of Ridgeway and Smith's individual claims pursuant to 9 U.SC. §2, the Federal Arbitration Act ("FAA") and a written arbitration agreement that included a class action waiver;

WHEREAS, on October 13, 2015 this Court denied NABORS' motion to compel arbitration, finding the arbitration agreement unenforceable;

WHEREAS, NABORS timely appealed the denial of its motion to compel arbitration;

WHEREAS, on February 13, 2018 the Ninth Circuit Court of Appeal issued a Memorandum which reversed the Court's order denying the motion and remanded with instructions;

WHEREAS, on March 30, 2018, Petitioner TODD GIBSON ("Gibson"), a putative class member in the Ridgeway class action, commenced an individual arbitration at JAMS;

WHEREAS, Gibson's individual claims were adjudicated by JAMS Arbitrator Hon. Rosalyn Chapman (Ret.) resulting in an Interim Award on August 13, 2021 and a Final Arbitration Award issued October 22, 2021, in favor of Gibson ("the Final Award");

WHEREAS, on October 26, 2021, Gibson filed the instant action and January 17, 2022 filed a Motion to Confirm Final Arbitration Award, For Further Attorneys' Fees and Costs, and to Enter Judgment Against Nabors; Nabors appeared, filed an answer and filed a crossclaim to vacate the Final Award;

WHEREAS, on April 11, 2022 the Court granted Gibson's motion and confirmed the JAMS Final Award, issued on October 22, 2021, in Gibson's Arbitration JAMS Case No. 1220059000 and denied NABORS' request to vacate the award.

THEREFORE, IT IS ADJUDGED THAT:

Petitioner TODD GIBSON shall recover against Respondent NABORS COMPLETION & PRODUCTION SERVICES CO n/k/a C&J WELL SERVICES, INC. ("NABORS") in the following amounts:

The amount of $88,608 in unpaid wages, $68,678 in statutory interest through May 31, 2021, and continuing at $24.28 per day, $23,582.94 in statutory penalties under California Labor Code Section 203(a), $3,450 in penalties for wage statement violations under California Labor Code Section 226(e), $320,342.76 in attorneys' fees and $5,246.50 in costs as awarded by the Arbitrator.

Further, Gibson shall recover post-award attorneys' fees in the amount of $10,959 and for costs in the amount of $400.

DATED: April 15, 2022

UNITED STATES DISTRICT COURT JUDGE